James Monty SWINDLE *v.* STATE of Arkansas

CR 92-820                                          837 S.W.2d 447

Supreme Court of Arkansas
Opinion delivered September 14, 1992

*John R. Henry*, for appellant.

No response.

PER CURIAM. James Monty Swindle, by his attorney, has filed a motion for a rule on the clerk.

His attorney, James R. Henry, admits by motion and brief that the record was tendered late due to a mistake on his part.

■ We find that such an error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion. See our Per Curiam opinion dated February 5, 1979, *In Re: Belated Appeals in Criminal Cases*, 265 Ark. 964.

The motion is, therefore, granted. A copy of this opinion will

be forwarded to the Committee on Professional Conduct.